LAURA GILCHER, Respondent, *v.* McNULTY BROS. REALTY CO., INC., Appellant, et al., Defendants.

Argued January 7, 1946; decided January 24, 1946.

*William J. Tropp* for appellant.

*Frank H. Connelly, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and MEDALIE, JJ. Taking no part: DYE, J.